Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Grace Bennett (Cal. Bar No. 345948)
grace@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA PORCUNA, KAREN SCHREIMAN, ROMY EDGE, and CELESTINA BENN, individually and on behalf of all others similarly situated, | Case No. 4:25-cv-10522-HSG |
| *Plaintiffs*, | **STIPULATION FOR EXTENSION OF DEADLINES RELATING TO DEFENDANT'S MOTION TO DISMISS; ORDER (as modified)** |
| v. | Hon. Haywood S. Gilliam, Jr. |
| THE TALBOTS LLC., | |
| *Defendant*. | |

Stipulation for Extension of Deadlines

Case No. 4:25-cv-10522-HSG

Pursuant to Local Rule 6-2, Plaintiffs Marissa Porcuna, Karen Schreiman, Romy Edge, and Celestina Benn ("Plaintiffs") and The Talbots LLC ("Defendant" and collectively, the "Parties"), by and through their respective counsel, hereby stipulate to extend the deadlines in the briefing schedule as follows:

WHEREAS, Plaintiffs filed the Complaint in this case on December 8, 2025 (Dkt. 1);

WHEREAS, Defendant filed a Stipulation to Extend Time to Respond to Complaint on January 8, 2026, extending Defendant's deadline to respond to the Complaint to February 5, 2026 (Dkt. 12);

WHEREAS, Defendant filed a Motion to Dismiss Plaintiffs' Complaint (the "Motion") on February 5, 2026 (Dkt. 13);

WHEREAS, due to existing professional and personal obligations, the Parties have met, conferred, and agreed to propose to the Court an extension of the deadlines related to Defendant's Motion to give both Parties sufficient time to fully consider and respond to the issues;

NOW THEREFORE, to allow the Parties sufficient time to consider and brief the issues raised in the Motion, the Parties stipulate to, and respectfully request that the Court order, the following changes to the existing schedule:

1. Plaintiffs' opposition to Defendant's Motion, or else Plaintiffs' Amended Complaint in response to Defendant's Motion, shall be filed on or before March 12, 2026.

2. Defendant's reply to Plaintiffs' opposition to Defendant's Motion, should it be necessary, shall be filed on or before April 13, 2026.

3. The hearing on Defendant's Motion shall take place on May 7, 2026.

**IT IS SO STIPULATED.**

Stipulation for Extension of
Deadlines                                      1                    Case No. 4:25-cv-10522-HSG

Dated: February 12, 2026

Respectfully submitted,

By: */s/ Simon Franzini*
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Grace Bennett (Cal. Bar No. 345948)
grace@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiffs*

Dated: February 12, 2026

Respectfully submitted,

By: */s/ Meegan Brooks*
Stephanie Sheridan (CA 135910)
Meegan B. Brooks (CA 298570)
Whitney R. Miner (CA 290825)
Ballard Spahr LLP
71 Stevenson Street
Suite 400
San Francisco, CA 94105
424-204-4400
sheridans@ballardspahr.com
brooksm@ballardspahr.com
minerw@ballardspahr.com

*Attorneys for Defendant*

Stipulation for Extension of
Deadlines                          2                 Case No. 4:25-cv-10522-HSG

**<u>Attestation of Compliance</u>**

In compliance with Local Ruel 5-1(i)(3), I attest that all other counsel on whose behalf this filing is jointly submitted have approved of and concurred in this filing.

<u>/s/ Simon Franzini</u>
Simon Franzini

Stipulation for Extension of
Deadlines                                           3                          Case No. 4:25-cv-10522-HSG

**ORDER**

Having considered the Stipulation for Extension of Deadlines Relating to Defendant's Motion to Dismiss, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1.  Plaintiffs' opposition to Defendant's Motion to Dismiss, or else Plaintiffs' Amended Complaint in response to Defendant's Motion, shall be filed by March 12, 2026.

2.  Defendant's reply in support of its Motion to Dismiss, if necessary, shall be filed by April 13, 2026.

3.  The Hearing on Defendant's Motion to Dismiss will be held on May 7, 2026 at 2 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:      2/13/2026

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE

| Order | 1 | Case No. 4:25-cv-10522-HSG |