Stephanie Sheridan (SBN 135910)
Meegan B. Brooks (SBN 298570)
Whitney R. Miner (SBN 290825)
BALLARD SPAHR LLP
71 Stevenson Street, Suite 400
San Francisco, California 94105
Telephone: 619.487.0785
Facsimile: 424.204.4350
Email: brooksm@ballardspahr.com

Attorneys for Defendant
The Talbots LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA PORCUNA, KAREN SCHREIMAN, ROMY EDGE, and CELESTINA BENN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE TALBOTS LLC,<br><br>Defendant. | Case No. 4:25-cv-10522-HSG<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT and ORDER**<br><br>**[LOCAL RULE 6-1]** |

Ballard Spahr LLP
71 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: 415.318.2770

#4924-8068-2135 v1

1

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**
**Case No. 4:25-cv-10522-HSG**

### DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE [DKT. 26]; JOINT STIPULATION REGARDING DEFENDANT'S RESPONSE TO AMENDED COMPLAINT AND CASE SCHEDULE

Defendant The Talbots LLC ("Defendant") respectfully submits this response to the Court's March 13, 2026 Order to Show Cause [Dkt. 26] and files this response together with a joint stipulation, pursuant to the Northern District Court's Civil Local Rule 6-1(b), between Defendant and Plaintiffs Marissa Porcuna, Karen Schreiman, Romy Edge, and Celestina Benn, individually and on behalf of all others similarly situated ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel, regarding Defendant's pending Motion to Dismiss, Defendant's response to Plaintiffs' Amended Complaint, and certain case scheduling matters.

**WHEREAS**, Plaintiffs filed a Complaint on December 8, 2025 [Dkt. 1];

**WHEREAS**, Defendant filed a Motion to Dismiss Plaintiffs' Complaint on February 5, 2026 [Dkt. 13];

**WHEREAS**, Plaintiffs filed an Amended Complaint on March 12, 2026 while Defendant's Motion to Dismiss was and is pending [Dkt. 25];

**WHEREAS**, the Court issued an Order to Show Cause on March 13, 2026 directing Defendant to show cause why its Motion to Dismiss should not be terminated as moot in light of Plaintiffs' Amended Complaint and requested a statement of two pages or less on this issue by March 17, 2026 [Dkt. 26];

**WHEREAS**, in response to the Court's Order to Show Cause, Defendant responds that it considers Plaintiffs filing of their Amended Complaint to render Defendant's Motion to Dismiss moot and that Defendant's Motion to Dismiss should be terminated;

**WHEREAS**, the Parties have met and conferred and agree that Defendant's deadline to respond to Plaintiffs' Amended Complaint should be extended by thirty (30) days up to and including April 13, 2026;

**WHEREAS**, if Defendant moves to dismiss Plaintiffs' Amended Complaint, the Parties propose the following briefing schedule: Opposition due: May 13, 2026; Reply due: June 3, 2026;

Ballard Spahr LLP
71 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: 415.318.2770

#4924-8068-2135 v1

**WHEREAS**, the Parties further request that the Court vacate the Initial Case Management Conference currently scheduled for May 7, 2026 and reschedule it to the same date and time as the hearing on Defendant's forthcoming Motion to Dismiss, if such motion is filed, on or before Thursday, June 18, 2026 at 2:00 p.m., or at another date and time more convenient for the Court.

**NOW, THEREFORE**, the Parties respectfully stipulate and request that the Court:

1. Terminate Defendant's Motion to Dismiss [Dkt. 13] as moot;

2. Extend Defendant's deadline to respond to the Amended Complaint to April 13, 2026 and adopt the parties' associated proposed briefing schedule; and

3. Vacate the Initial Case Management Conference and reschedule it to coincide with the hearing on Defendant's Motion to Dismiss, if filed, on Thursday, June 18, 2026 at 2:00 p.m. or at another date and time more convenient for this Court.

**IT IS SO STIPULATED.**

DATED:  March 16, 2026

Respectfully submitted,

*s/ Meegan B. Brooks*
Stephanie Sheridan (SBN 135910)
Meegan B. Brooks (SBN 298570)
Whitney R. Miner (SBN 290825)
BALLARD SPAHR LLP
71 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: 415.318.2770
Facsimile: 424.731.8301
Email: sheridans@ballardspahr.com
Email: brooksm@ballardspahr.com

*Attorney for Defendant The Talbots LLC*

Ballard Spahr LLP
71 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: 415.318.2770

#4924-8068-2135 v1

3

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**
**Case No. 4:25-cv-10522-HSG**

DATED:  March 16, 2026

Respectfully submitted,

*s/ Simon Carlo Franzini (with authorization)*

Grace Bennett (SBN 345948)
Simon Carlo Franzini (SBN 287631)
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Ste. 600
Santa Monica, CA 90401
Telephone: 310.656.7066
Email: grace@dovel.com
Email: simon@dovel.com

*Attorney for Plaintiff Marissa Porcuna, Karen Schreiman, Romy Edge, and Celestina Benn, individually and on behalf of all others similarly situated*

## SIGNATURE ATTESTATION

In accordance with Local Rule 5-1(i)(3), I, Meegan B. Brooks, attest that I have obtained concurrence in the filing of this document from the other signatory listed above.

*s/ Meegan B. Brooks*

Meegan B. Brooks

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**
**Case No. 4:25-cv-10522-HSG**

Ballard Spahr LLP
71 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: 415.318.2770

**ORDER**

Having considered Defendant's Response to Order to Show Cause [Dkt. 26] and the Parties' Joint Stipulation to Extend Time to Respond to Plaintiffs' Amended Complaint, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. Defendant's pending Motion to Dismiss [Dkt. 13] is rendered as moot and terminated given Plaintiffs' filing of an Amended Complaint;

2. Defendant's deadline to respond to Plaintiffs' Amended Complaint shall be extended by thirty (30) days to and including April 13, 2026 and the Court adopts the parties' proposed briefing schedule such that Defendant's Opposition will be due on or before: May 13, 2026 and Plaintiffs' Reply will be due on or before: June 3, 2026;

4. The Initial Case Management Conference currently scheduled for May 7, 2026 will be vacated and rescheduled to coincide with the hearing on Defendant's Motion to Dismiss, if filed, on Thursday, June 18, 2026 at 2:00 p.m.

**IT IS SO ORDERED.**

DATED:   3/17/2026

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT

Ballard Spahr LLP
71 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: 415.318.2770

#4924-8068-2135 v1

5

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**
**Case No. 4:25-cv-10522-HSG**