Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Grace Bennett (Cal. Bar No. 345948)
grace@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiffs*

Stephanie Sheridan (SBN 135910)
Meegan B. Brooks (SBN 298570)
Whitney R. Miner (SBN 290825)
Ballard Spahr LLP
One Front Street, Suite 2600
San Francisco, CA 94123
(415) 462-2008
sheridans@ballardspahr.com
brooksm@ballardspahr.com
minerw@ballardspahr.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARISSA PORCUNA, KAREN SCHREIMAN, ROMY EDGE, and CELESTINA BENN, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE TALBOTS LLC,<br><br>*Defendant.* | Case No. 4:25-cv-10522-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE OR, ALTERNATIVELY, TO PERMIT COUNSEL TO APPEAR REMOTELY**<br><br>**<u>CLASS ACTION</u>**<br><br>Date: September 24, 2026<br>Time: 2:00 p.m.<br>Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiffs Marissa Porcuna, Karen Schreiman, Romy Edge, and Celestina Benn ("Plaintiffs") and Defendant The Talbots LLC ("Defendant," and together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby stipulate and respectfully request that the Court continue the hearing on Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint and the Case Management Conference, both scheduled to be heard in person before the Honorable Judge Haywood S. Gilliam, Jr., at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California on September 24, 2026, to October 15, 2026, or another date thereafter that is convenient for the Court so that Defendant's counsel, junior associate Christine Wang, can be available to argue Defendant's Motion.

In support of this request, the Parties stipulate as follows:

**WHEREAS**, Plaintiffs filed their operative First Amended Complaint on March 12, 2026 (Dkt. 25);

**WHEREAS**, Defendant filed its Motion to Dismiss Plaintiffs' First Amended Complaint (the "Motion") on April 13, 2026 (Dkt. 30), Plaintiffs filed their Opposition on April 27, 2026 (Dkt. 32), and Defendant filed its Reply on June 3, 2026 (Dkt. 34);

**WHEREAS**, the Court scheduled the hearing on Defendant's Motion and a Case Management Conference for September 24, 2026, to be held in person;

**WHEREAS**, Defendant intends for Christine Wang, an associate who has been licensed to practice law for fewer than five years, to argue the Motion on Defendant's behalf;

**WHEREAS**, Christine Wang recently joined Ballard Spahr and Defendant's litigation team and is available to argue the Motion on October 15, 2026, or another date thereafter;

**WHEREAS**, Section 10 of the Court's Standing Order for Civil Cases reflects the Court's support for providing attorneys who have been licensed for five or fewer years with opportunities to present oral argument;

**WHEREAS**, if the Court is not inclined to continue the hearing, the Parties alternatively request permission to appear remotely for the Case Management Conference and to argue the Motion on September 24, 2026;

**WHEREAS**, Section 17 of the Court's Standing Order provides that an attorney may appear remotely at a motion hearing upon a showing of good cause and requires any request to appear remotely to be filed at least one week before the hearing and an in-person appearance;

**WHEREAS**, the Parties are filing this request on September 16, 2026, at least one week before the September 24, 2026 hearing and good cause exists to allow the Parties to appear remotely because Plaintiff's counsel is located in Southern California and Portland, Oregon, and would require substantial travel time and expense for a hearing at which the briefing is complete and no evidence will be presented; and

**WHEREAS**, the requested continuance will not alter the completed briefing on Defendant's Motion or affect any other existing deadlines in this action, this is the Parties first request to continue the hearing on Defendant's Motion and the Case Management Conference, the requested continuance is not sought for purposes of delay, and neither party will be prejudiced by the requested relief.

**NOW, THEREFORE**, the Parties respectfully stipulate and request that the Court:

1. Continue the hearing on Defendant's Motion and the Case Management Conference from September 24, 2026 to October 15, 2026, or another date convenient for the Court; or
2. Alternatively, retain the September 24, 2026 hearing date and permit the Parties to appear remotely and argue Defendant's Motion and attend the Case Management Conference.

Dated: September 17, 2026

Respectfully submitted,

By: */s/ Meegan B. Brooks*

Stephanie Sheridan (SBN 135910)
Meegan B. Brooks (SBN 298570)
Whitney R. Miner (SBN 290825)
Ballard Spahr LLP
One Front Street, Suite 2600
San Francisco, CA 94123
(415) 462-2008
sheridans@ballardspahr.com
brooksm@ballardspahr.com
minerw@ballardspahr.com

*Attorneys for Defendant*

Dated: September 17, 2026

Respectfully submitted,

By: _/s/ Simon Franzini_
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Grace Bennett (Cal. Bar No. 345948)
grace@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorney for Plaintiffs*

## ATTESTATION OF COMPLIANCE

In compliance with Civil Local Rule 5-1(i)(3), I attest that all other counsel on whose behalf this filing is jointly submitted have approved of and concurred in this filing.

_/s/ Meegan B. Brooks_
Meegan B. Brooks

# ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the hearing on Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint and the Case Management Conference, currently scheduled for September 24, 2026, at 2:00 p.m., are continued to October 15, 2026, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: 9/22/2026

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE