# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

MARISSA PORCUNA, ET AL.,

Plaintiff(s)

v.

THE TALBOTS LLC

Defendant(s)

CASE No C 4:25-cv-10522-HSG

STIPULATION AND ORDER SELECTING ADR PROCESS

---

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ■ **Private ADR** (*specify process and provider*)
  Mediation before the same JAMS mediator who oversaw the Parties October 23, 2025 mediation (the Honorable Charles "Tim" McCoy (Ret.)).

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ■ other requested deadline: January 13, 2027

Date: October 7, 2026 — Grace Bennett
Attorney for Plaintiff

Date: October 7, 2026 — Meegan B. Brooks
Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 10/8/2026

Haywood S. Gilliam, Jr.
U.S. DISTRICT JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-15-2019*